United States District Court
Southern District of Texas
**ENTERED**
March 17, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IVAN LESLIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-0610 |
| | § | |
| NOBLE DRILLING (U.S.) L.L.C., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order granting defendant's motion for summary judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 17th day of March, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE